IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHNNY MORRIS,

      Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

Case No. 3:11-cv-432

Judge Timothy S. Black

### ORDER VACATING THE REFERENCE OF THIS CASE TO THE MAGISTRATE JUDGE

The reference of this case to the Magistrate Judge is hereby vacated.

**IT IS SO ORDERED.**

Date: 8/7/12

Timothy S. Black
United States District Judge